UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Richard Logsdon, | ) | |
|                 Plaintiff | ) | |
| | ) | |
| | ) | Case No. 05-1242 |
| | ) | |
| Dennison Corp., d/b/a Bob Dennison | ) | |
| Auto Center, | ) | |
|                 Defendant | ) | |

**ORDER**

Now before the court is the plaintiff's third motion to compel (#23).  This time, the motion asks the court to compel the Defendant to produce a corporate representative for a Rule 30(b)(6) deposition.  In Defendant's response, it is made clear that Plaintiff has made no effort whatsoever to coordinate such a deposition with Defense counsel, instead selecting dates unilaterally.   Such conduct is directly in violation of Local Rule CDIL 30.1. The motion to compel is therefore denied.

That is not to say that Plaintiff cannot take a Rule 30(b)(6) deposition.  But if he intends to do so, he must make a good faith effort to coordinate a date and time for that deposition with defense counsel.  Moreover, Plaintiff is ordered to sit for his own deposition <u>before</u> the corporate representatives are deposed.

The current schedule in this case has discovery closing on July 3, 2006, and dispositive motions due by July 17, 2006.  Those dates are hereby extended by 14 days. All discovery shall close on July 17, and dispositive motions are due on July 31, 2006.  The dates for final pretrial conference and trial remain as previously scheduled.

ENTER this 26th day of June, 2006.

                                          s/ John A. Gorman

                    JOHN A. GORMAN
                    UNITED STATES MAGISTRATE JUDGE